1  Brian A.E. Smith (SBN 188147)
   Robin E. Dean (SBN 233444)
2  HOWREY LLP
   525 Market Street, Suite 3600
3  San Francisco, California 94105
   Telephone: (415) 848-4900
4  Facsimile: (415) 848-4999

5  Carmine R. Zarlenga (Appearing *Pro Hac Vice*)
   HOWREY LLP
6  1299 Pennsylvania Avenue, N.W.
   Washington, DC 20004
7  Telephone: (202) 783-0800
   Facsimile: (202) 383-6610
8
   Attorneys for Plaintiff
9  FOSTER POULTRY FARMS, INC.

FILED
APR 21 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
       DEPUTY CLERK

10

11                    UNITED STATES DISTRICT COURT

12                   EASTERN DISTRICT OF CALIFORNIA

13                           FRESNO DIVISION

14  FOSTER POULTRY FARMS, INC., a California )
15  corporation,                              )  Case No. CIV-F-04 5810 LJO
                                              )
16              Plaintiff,                    )  [PROPOSED] ORDER GRANTING
                                              )  PLAINTIFF FOSTER POULTRY FARMS,
17         vs.                                )  INC.'S REQUEST FOR COPY OF SEALED
                                              )  TRANSCRIPT
18  CONAGRA FOODS REFRIGERATED FOODS          )
19  CO., INC. f/k/a SWIFT – ECKRICH, INC. dba )
    BUTTERBALL TURKEY COMPANY, a              )  Magistrate Judge Sandra M. Snyder
20  Delaware corporation,                     )
                                              )
21  _____Defendant._____              )

22

23

24

25

26

27

28

HOWREY LLP

---

[PROPOSED] ORDER GRANTING PLAINTIFF'S REQUEST FOR COPY OF SEALED TRANSCRIPT
DM_US\8337399.v1

1  On April 19, 2006, a settlement conference was held in this Court with all parties in the above-
2  captioned litigation. A confidential settlement was reached, the terms of which were entered into the
3  record. Plaintiff Foster Poultry Farms, Inc. ("Foster Farms") has requested a copy of the sealed
4  transcript from those proceedings. Accordingly, IT IS HEREBY ORDERED that a copy of the
5  transcript be released to Foster Farms.

7  Dated: __4/21/06__                          _____
                                                The Honorable Sandra M. Snyder

HOWREY LLP

-2-
[PROPOSED] ORDER GRANTING PLAINTIFF'S REQUEST FOR COPY OF SEALED TRANSCRIPT