Brian A.E. Smith (SBN 188147)
Robin E. Dean (SBN 233444)
HOWREY LLP
525 Market Street, Suite 3600
San Francisco, California 94105
Telephone: (415) 848-4900
Facsimile: (415) 848-4999

Carmine R. Zarlenga (Appearing *Pro Hac Vice*)
HOWREY LLP
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004
Telephone: (202) 783-0800
Facsimile: (202) 383-6610

Attorneys for Plaintiff
FOSTER POULTRY FARMS, INC.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| FOSTER POULTRY FARMS, INC., a California corporation,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>CONAGRA FOODS REFRIGERATED FOODS CO., INC. f/k/a SWIFT – ECKRICH, INC. dba BUTTERBALL TURKEY COMPANY, a Delaware corporation,<br><br>　　　　　　Defendant. | Case No. CIV-F-04 5810 LJO<br><br>**STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between the parties to this action through their counsel of record that the above-captioned action be and hereby is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a).  The Court shall retain jurisdiction over the action for the sole purpose of enforcing the Settlement Agreement reached by the parties.

DATED:  May 22, 2006

|  |  |
|---|---|
|  | /s/ Carmine R. Zarlenga (as authorized on May 15, 2006) |
| FOSTER POULTRY FARMS, INC. | Carmine R. Zarlenga |
|  | HOWREY LLP |
|  | Attorneys for Plaintiff Foster Poultry Farms, Inc. |

DATED:  May 22, 2006

|  |  |
|---|---|
|  | /s/ Robert A. Schroeder (as authorized on May 22, 2006) |
| CONAGRA FOODS REFRIGERATED FOODS CO., INC. f/k/a SWIFT-ECKRICH INC., dba BUTTERBALL TURKEY CO. | Robert A. Schroeder |
|  | BINGHAM MCCUTCHEN, LLP |
|  | Attorneys for Defendant ConAgra Foods Refrigerated Foods Co., Inc. *et al*. |

IT IS SO ORDERED.

| Dated: __May 23, 2006__ | _____/s/ Lawrence J. O'Neill_____ |
|---|---|
| 66h44d | UNITED STATES MAGISTRATE JUDGE |